UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

SIER LAONE WHITE,                       **<u>INDICTMENT</u>**

       Defendant.

_____/

The Grand Jury charges:

**Felon in Possession of a Firearm**

Between on or about May 8, 2026 and May 15, 2026, in Ingham County, in the Southern Division of the Western District of Michigan,

SIER LAONE WHITE,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded Palmetto State Armory, model PA-15, AR-style semiautomatic pistol, which was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

**FORFEITURE ALLEGATION**
(Felon in Possession of a Firearm)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the violation of 18 U.S.C. § 922(g) set forth in this Indictment, the defendant,

SIER LAONE WHITE,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offense, including, but not limited to, the following: a Palmetto State Armory, model PA-15, AR-style semiautomatic pistol and the 27 rounds of ammunition with which it was loaded.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

ALEXIS M. SANFORD
Assistant United States Attorney